ADAM GORDON
United States Attorney
SABRINA L. FEVE
Assistant U.S. Attorney
California Bar No.: 226590
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6786
Email:  Sabrina.Feve@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: '26 MJ1184 |
|---|---|
| Plaintiff, | |
| v. | **COMPLAINT FOR VIOLATION OF:** |
| VERONICA OCHOA, | Title 18 U.S.C., Sec. 1029(a)(2), (b)(1), and (c)(1)(A)(i) – Use and Attempted Use of Unauthorized Access Devices; Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C) – Criminal Forfeiture |
| Defendant. | |

The undersigned Complainant, being duly sworn, states that, at all times material to the Complaint:

### Introductory Allegations

1.  An "access device" was any card, plate, code, account number, electronic serial number, personal identification number, or other means of account access that could be used, alone or in conjunction with another access device, to obtain money, goods, or services. Common forms of access devices were debit and credit cards, as

well as the account information typically encoded on the magnetic stripes on the backs of such cards.

2. An "unauthorized access device" was any access device that was lost, stolen, or obtained with intent to defraud.

3. The U.S. Department of Health and Human Services, Administration for Children and Families, administers the Temporary Assistance to Needy Families (TANF) program. TANF is a federally funded assistance program that supports low-income families with children. In California, TANF funds are used to operate CalWORKs, a state public assistance program that provides cash aid to eligible families with one or more children in the home. In California, CalWORKs public assistance benefits are distributed by means of a card encoded with electronic account information, similar to a debit or credit card, called the California Advantage Electronic Benefit Transfer Card, which recipients use, along with a four-digit personal identification number (PIN), to withdraw funds.

## Count 1

### Use and Attempted Use of Unauthorized Access Devices
### 18 U.S.C. § 1029(a)(2) and (b)(1)

4. Paragraphs 1 through 3 are hereby incorporated by reference as if fully stated herein.

5. Beginning on or about February 1, 2026, through and including March 3, 2026, in the Southern District of California, defendant VERONICA OCHOA did knowingly and with intent to defraud use and attempt to use one and more unauthorized access devices, to wit, Electronic Benefit Transfer account numbers and PINs issued to persons other than the defendant, during a one-year period, and by such conduct obtain cash and other things of value aggregated $1,000 and more during such one-year period, said use affecting interstate and foreign commerce; in violation of Title 18, United States Code, Sections 1029(a)(2), 1029(b)(1), and 1029(c)(1)(A)(i).

**Forfeiture Allegations**

6. The allegations above are incorporated herein for purposes of alleging forfeiture to the United States pursuant to Title 18, United States Code, Section 982(a)(2)(B) and 1029(c)(1)(C).

7. Upon conviction of the offense set forth in the complaint, defendant VERONICA OCHOA shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B) and 1029(c)(1)(C), any property constituting and derived from proceeds Defendant obtained directly and indirectly from the offense, and any personal property used and intended to be used to commit the offense.

This complaint is based on the attached Statement of Facts incorporated herein by reference.

*George Jasek*
Special Agent George Jasek
United States Secret Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on March 4, 2026.

*Jill Burkhardt*
HON. JILL L. BURKHARDT
U.S. Magistrate Judge

Complaint
-3-

## STATEMENT OF FACTS

I, George Jasek, being duly sworn, state as follows:

1. I am a Special Agent ("SA") with the United States Secret Service ("USSS") and have been so employed since March 2018. I am currently assigned to the Criminal Investigative Division in Washington, District of Columbia. In preparation for my employment with USSS, I completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Additionally, I completed the Special Agent Training Course ("SATC") at the USSS James J. Rowley Training Center in Laurel, Maryland. Prior to my employment with USSS, I was a full-time certified Police Officer in New Hampshire for more than five years. My present duties include the investigation of federal offenses, including, but not limited to, those involving financial fraud and its related activities. As part of my duties, I have conducted numerous financial crime and financial fraud investigations. These investigations have included but are not limited to federal violations of access device fraud, wire fraud, bank fraud, money laundering, and identity theft statutes.

2. As part of the USSS, I am working in conjunction with the Southern California Cyber Fraud Task Force ("SoCal CFTF"). The SoCal CFTF is a USSS-sponsored task force comprised of local, state, and federal law enforcement personnel, whose duties are to investigate cyber-enabled financial crimes, including activity in connection with the fraudulent use of access devices, payment card skimming and re-encoding, identity theft, money laundering, and other frauds.

3. The facts and conclusions set forth in this affidavit are based on: my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation; my review of documents and records related to this investigation; communications with others who have personal knowledge of the events, details, and circumstances described herein; and information gained through my training, experience, and communications with colleagues. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the

application for Complaint and Arrest Warrant, it does not set forth every fact that I or others have learned during this investigation. Dates, times, and amounts are approximate.

## STATEMENT OF PROBABLE CAUSE

### *Overview*

4. The USSS and SoCal CFTF are working with state and federal agencies to investigate the theft and misuse of funds electronically distributed to individuals receiving public assistance.

5. This affidavit is submitted in support of a Complaint for Veronica Flores OCHOA ("OCHOA") for use and attempted use of unauthorized access devices in violation of 18 U.S.C. § 1029(a)(2) and (b)(1). As outlined below, between February 1, 2026, and March 3, 2026, OCHOA made a series of unauthorized withdrawals at San Diego County automatic teller machines (ATMs) in which she accessed and stole, or attempted to steal, from the public assistance benefit accounts of approximately 27 victims. During this period, OCHOA attempted to withdraw $31,720.00 without authorization and successfully withdrew $22,020.00 from victims' EBT accounts.

6. On March 3, 2026, OCHOA was arrested by the SoCal CFTF during an operation targeting EBT card access device fraud at San Diego County ATMs.

### *Identification of OCHOA*

7. During her arrest, OCHOA provided her true name to agents. The SoCal CFTF verified OCHOA's identity based in part on U.S. immigration records that indicate that OCHOA was born in Mexico and is a naturalized U.S. citizen. Based on matches in photographs, biometrics, and biographic data, law enforcement positively identified OCHOA as the individual they have in custody on March 3, 2026.

### *Background on Electronic Benefit Transfer Cards*

8. In 2022, the California Department of Social Services ("CDSS") advised SoCal CFTF that it had detected a rise in fraud associated with the electronic debit cards

AFFIDAVIT IN SUPPORT OF COMPLAINT -2-

issued to individuals and families who qualify for California public benefits like CalFresh and CalWORKs.

9. The U.S. Department of Agriculture also noticed a rise in fraud associated with the Supplemental Nutrition Assistance Program ("SNAP") that it administers through its Food and Nutrition Service. SNAP is a federally funded assistance program designed to help low-income individuals and families purchase food. In California, SNAP public assistance benefits are distributed through CalFresh and loaded to an account that a qualified recipient accesses by means of an access card, similar to a debit or credit card, called the California Advantage Electronic Benefit Transfer ("EBT") Card. The EBT card system was developed to enable government agencies in California and many other states to deliver public assistance benefits to recipients using electronic transfers. The EBT system is a computer-based system through which authorization for qualifying food purchases and cash withdrawals are received via either a point-of-sale ("POS") terminal or an ATM.

10. The U.S. Department of Health and Human Services, Administration for Children and Families, administers the Temporary Assistance to Needy Families ("TANF") program. TANF is a federally funded assistance program that awards grants to individual states to support low-income families with children. In California, TANF grant funds are used to operate CalWORKs, a state public assistance program that provides cash aid to eligible families with one or more children in the home. Families that apply and qualify for ongoing CalWORKs assistance receive money each month to help pay for housing, food, and other necessary expenses. Like CalFresh, CalWORKs benefits are distributed by CDSS through the California Advantage EBT card.

11. After a recipient applies for, and is approved to receive, California public assistance benefits like CalFresh and CalWORKs, the benefits are automatically distributed to the recipient's EBT card on a designated day of the month—typically, in California, one of the first five days of the month. To access their benefits to purchase

AFFIDAVIT IN SUPPORT OF COMPLAINT   -3-

eligible food items or withdraw cash, recipients swipe their card through a POS terminal, or insert it into an ATM, that records the card number, date, time, and amount of the transaction. The recipient then enters his/her unique Personal Identification Number ("PIN") into a keypad to complete the transaction.

12. SoCal CFTF has gathered evidence indicating that members of criminal enterprises are stealing California EBT account information by installing illegal skimming devices on ATMs and POS terminals, often by targeting ATMs and POS terminals at grocery stores, large volume retailers, and banks, in communities with higher concentrations of public benefit recipients. When a victim cardholder makes a purchase or withdrawal, the skimming devices surreptitiously record the victim's payment card account number and PIN without interrupting the legitimate transaction. The skimmed data is then retrieved and re-encoded onto the magnetic stripes of cards that members of the conspiracy use to make unauthorized withdrawals and purchases. These re-encoded cards are sometimes referred to as "cloned" cards because they are functioning copies of a real payment card. Cloned cards can be a blank white plastic card, or another debit, credit, or gift card. Cloned cards may have names or numbers embossed on the physical face of the card. A common feature of cloned cards is that the account number encoded on the card's magnetic stripe will not match the number embossed or printed on the card's face. To facilitate the use of the stolen EBT benefits, members of the scheme will commonly put stickers bearing the account's PIN and account balance on the physical cards, or access devices, that are used at a POS terminal or ATM.

13. Data provided by CDSS indicates that, between approximately June 2022 and January 2026, unauthorized account users have stolen approximately $310,750,518.61 from CalWORKs recipients. These unauthorized withdrawals commonly occur at the start of each month, when monthly CalWORKs benefits are

AFFIDAVIT IN SUPPORT OF COMPLAINT                -4-

distributed. Most of the stolen funds were obtained through unauthorized ATM withdrawals.

*Prior Southern California EBT Fraud Operations*

14. In July and August 2022, the SoCal CFTF learned of connected incidents at Walmart stores in Chula Vista, National City, and Sherman Heights involving overlay skimmers that appeared to be part of an EBT fraud scheme. According to police reports and records obtained by the task force, in June 2022, National City Police arrested a individual who was caught installing an overlay skimmer without authorization at a National City Walmart. The suspect had at least one co-conspirator assist him with the installation. In July 2022, employees at a Chula Vista Walmart discovered an unauthorized overlay skimmer installed on a POS terminal. Store surveillance footage showed that the individual arrested by National City Police had, along with his unidentified co-conspirator, installed the overlay skimmer at the Chula Vista Walmart two days before his arrest in National City. When arrested by National City Police, the suspect presented a fake European ID that misrepresented his name and nationality. Law enforcement record checks revealed his true name, nationality, and indicated that he had entered the U.S. without inspection. Additional investigation revealed that this individual, or someone closely matching his appearance, had installed an overlay skimmer at a Sherman Heights Walmart in March 2022 with the assistance of two additional co-conspirators.

15. In 2023 and 2024, the USSS conducted operations in the Southern District of California during which agents surveilled ATMs that had historically been used to make unauthorized EBT account withdrawals. During its June 2023 operation in San Diego, the USSS and SoCal CFTF arrested five individuals, along with a sixth individual in July 2023. Five of the six individuals arrested in San Diego County had a history of making unauthorized EBT account withdrawals in San Diego prior to the night of their arrest. During an April 2024 operation in San Diego, the USSS and SoCal

AFFIDAVIT IN SUPPORT OF COMPLAINT -5-

CFTF arrested five individuals, along with a sixth individual later that month. Four of the six individuals arrested had a history of making unauthorized EBT account withdrawals in San Diego County prior to the night of their arrest. Several of these individuals had also previously installed skimming devices on POS terminals or ATMs, and/or were found in possession of access device-making equipment at the time of their arrest.

*OCHOA's Access Device Fraud Activities*

16. As part of its broader EBT fraud investigation, the SoCal CFTF collects surveillance images and transaction records for fraudulent EBT withdrawals at San Diego County ATMs and elsewhere. The task force also responds to reports of skimming-related incidents, which include the discovery, recovery, and forensic analysis of unauthorized skimming devices. Through the review of these and related records, the SoCal CFTF documented the following fraudulent withdrawals conducted by an individual later determined to be OCHOA:

    a. On February 1, 2026, starting at approximately 06:01 a.m., OCHOA accessed ATMs at U.S. Bank in Lemon Grove. U.S. Bank is headquartered in Minnesota and operates in interstate commerce. At the ATMs, OCHOA attempted to withdraw $6,080.00 without authorization from the EBT accounts of five victims from Los Angeles and San Bernardino Counties and successfully withdrew $3,760.00. Below

AFFIDAVIT IN SUPPORT OF COMPLAINT -6-

is an image from the U.S. Bank ATM surveillance video of OCHOA making the withdrawals.



b. On March 1, 2026, starting at approximately 06:02 a.m., OCHOA accessed ATMs at the same Lemon Grove U.S. Bank. At the ATMs, OCHOA attempted to withdraw $12,960.00 without authorization from the EBT accounts of twelve victims from Los Angeles, Fresno and Alameda Counties and successfully withdrew $9,940.00. Below is an image from the U.S. Bank ATM surveillance video of OCHOA making the withdrawals.



c. On March 2, 2026, starting at approximately 06:01 a.m., OCHOA accessed ATMs at the same Lemon Grove U.S. Bank. At the ATMs, OCHOA attempted to withdraw $12,680.00 without authorization from the EBT accounts of nine victims from Los Angeles and Riverside Counties and successfully withdrew $8,320.00. Below

AFFIDAVIT IN SUPPORT OF COMPLAINT -7-

is an image from the U.S. Bank ATM surveillance video of OCHOA making the withdrawals.



  d. On March 3, 2026, at approximately 06:00 a.m., I was conducting an undercover surveillance operation near the U.S. Bank located at 3123 Lemon Grove Avenue, Lemon Grove, California 91945 and near the Bank of America located at 3099 Lemon Grove Avenue, Lemon Grove, California 91945. Both the US Bank and the Bank of America branches had exterior walk up ATMs. At approximately 06:00 a.m., I observed a female, later identified as OCHOA, approach the walk-up ATMs at the Bank of America. I observed that OCHOA was wearing the same green hooded sweatshirt, same glasses, and had the same physical characteristics as the female who made fraudulent EBT card transactions at the Lemon Grove US Bank discussed above. OCHOA remained at the Bank of America exterior ATMs for several minutes and was the only person I observed at the Bank of America ATMs during this time. I observed that OCHOA appeared to be conducting several transactions at the Bank of America ATMs. I then observed OCHOA walk to the US Bank exterior ATMs and approach one of the ATMs. OCHOA remained at the US Bank for a short time and then walked back to the Bank of America. OCHOA again approached the Bank of America ATMs and appeared to be conducting several transactions. OCHOA was the only individual at the Bank of America exterior ATMs at the time. I approached OCHOA at an exterior

ATM at the Bank of America and identified myself as a United States Secret Service Special Agent. I detained and ultimately arrested OCHOA for access device fraud. I conducted a search incident to arrest of OCHOA and found several magnetic stripe cards (later determined to be re-encoded with different EBT account numbers), loose cash, and a black Apple iPhone with a clear case. OCHOA consented to a search of her vehicle, a black Toyota Camry bearing California license plate 7SLJ696 which was parked in a parking lot of an adjacent business. During the search of OCHOA's vehicle I found: additional magnetic strip cards (later determined to be re-encoded with different EBT account numbers), a portable wireless magnetic stripe card reader / writer ("MSR") and cash in OCHOA's purse. Below is an image of OCHOA's Apple iPhone seized from her person and the MSR, in that order.




e. Cash and receipts found on OCHOA incident to her arrest indicate that she withdrew approximately $4,120.00 from the Bank of America ATMs in Lemon Grove on March 3, 2026. Preliminary transaction data indicates that OCHOA also attempted to withdraw $720.00 from the U.S. Bank ATM in Lemon Grove on March 3, 2026.

f. Law enforcement is still in the process of obtaining and reviewing bank and transaction records for those instances and seeking ATM surveillance video. The transactions described above therefore likely do not reflect the full scope of OCHOA's access device fraud activity.

AFFIDAVIT IN SUPPORT OF COMPLAINT         -9-

CONCLUSION

16. Based on the evidence described above, I submit there is probable cause to believe that OCHOA used and attempted to use unauthorized access devices in the form of victims' EBT account information and PINs, between February 1, 2026 and March 3, 2026, and that her use of these access devices resulted in over $1,000 in losses in violation of 18 U.S.C. § 1029(a)(2) and (b)(1) (use and attempted use of unauthorized access devices). In particular, the evidence described above indicates that OCHOA attempted to withdraw $31,720.00 and successfully withdrew $22,020.00, by accessing the EBT accounts of approximately 27 victims without authorization using San Diego County ATMs.

*George Jasek*

Special Agent George Jasek
United States Secret Service

AFFIDAVIT IN SUPPORT OF COMPLAINT                -10-